```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
--------------------------------------

AFFILIATED FM INSURANCE COMPANY,
ET AL.,                                          22-cv-8563 (JGK)

          Plaintiffs,              ORDER

   - against -

M/V MSC KERRY, ET AL.,

          Defendants.

--------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **February 28, 2023**. The conference scheduled for February 21, 2023, at 3:00 p.m. is canceled.

SO ORDERED.

Dated:   New York, New York
        February 14, 2023

                                      John G. Koeltl
                             United States District Judge